Núm. 311.—Becerra, peticionario *v.* Corte, dmdada.— ▮▮▮ Abril 21, 1938.

Por la Corte, a propuesta del Juez Asociado Sr. Travieso, se declaró no haber lugar a la petición en el caso arriba expresado.

## Reconsideraciones Denegadas Total o Parcialmente por el Tribunal Durante el Período que Cubre el Presente Tomo

Núm. 6930.—Acevedo, et al., apldos. *v.* Domenech, Tes., et als., apltes.—C. D. Aguadilla. ▮▮▮▮▮ ▮▮▮▮▮ Mayo 9, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, la cláusula octava de la hipoteca lee como sigue:

"*Octavo.*—El otorgante acepta esta escritura en la forma redactada, y yo el Notario le hice las advertencias de ley. Así lo dice y otorga ante los testigos sin tacha legal, mayores de edad y vecinos de Lares, don Jaime Vilella y don Sócrates González. A todos instruyo de su derecho de leer por sí esta escritura lo que hicieron y encontrándola conforme, se ratifica el otorgante y firman todos. Y yo, el Notario, del conocimiento personal de otorgante y testigos y de todo lo consignado en este instrumento público doy fe.''

Por cuanto, la primera copia certificada de dicha escritura expedida por el notario en la misma fecha de su otorgamiento fué debidamente inscrita cinco días más tarde en el registro de la propiedad sin defecto alguno.

Por cuanto, el contrato de prenda entre el Tesorero y el Banco Industrial de Puerto Rico, como acreedor hipotecario según el registro y dueño del pagaré garantizado, fué celebrado algunos meses más tarde, sin constancia en dicho registro o en la escritura de hipoteca, de defecto alguno que pudiera afectar su derecho de llevar a cabo tal contrato.

Por tanto, vistos los artículos 33 y 34 de la Ley Hipotecaria, no ha lugar a la reconsideración solicitada.